FILED ✓ ___ LODGED
___ RECEIVED ___ COPY

JUL 28 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>1. Parris Frazier,<br>　(Counts 1 and 2)<br><br>2. Robert Deatherage,<br>　(Count 1)<br><br>3. Erik Foster,<br>　(Count 1)<br><br>　　　　Defendants. | CR-15-924-PHX-GMS (DKD)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Cocaine, a Controlled Substance)<br>Count 1<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)<br>Count 2<br><br>18 U.S.C. §§ 981 and 924(d)<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about February 11, 2015, and continuing until on or about July 22, 2015, in the District of Arizona, defendants PARRIS FRAZIER, ROBERT DEATHERAGE, and ERIK FOSTER, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together, to possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about July 22, 2015, in the District of Arizona and elsewhere, defendant, PARRIS FRAZIER, did knowingly possess a firearm, Springfield Armory XD-45 ACP SN XD694265, in furtherance of a drug trafficking crime, that is, Conspiracy with Intent to Distribute Cocaine, as alleged in Count 1 of this Indictment, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offense alleged Counts 1 and 2 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are jointly and severally liable, including, but not limited to the following property involved and used in the offense:

1. Springfield Armory XD-45 ACP SN XD694265

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c) and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: July 28, 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/

LISA E. JENNIS
Assistant U.S. Attorney