# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST   ---   CRIMINAL

FILED ___ LODGED
RECEIVED ___ COPY

JUL 3 0 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Detention Hearing       ☐ Non-Jury Trial       ☐ Jury Trial

USA vs. . Deatherage, Robert                       CR- -  15-00924-PHX-GMS
Last, First, Middle Initial                        Year-Case No-Deft No-Judge

☒ GOVERNMENT                                       ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 7/30/15 | 7/30/15 | FaceBook –Arizona Special Operations Group |
| 2. | 7/30/15 | 7/30/15 | Photograph of Deatherage on May 23, 2015 |
| 3. | 7/30/15 | 7/30/15 | Photograph of Deatherage and Parris Frazier on May 23, 2015 |
| 4. | 7/30/15 | 7/30/15 | Photograph of Deatherage |
| 5. | 7/30/15 | 7/30/15 | Photograph of members of Arizona Special Operations Group |