JOHN S. LEONARDO
United States Attorney
District of Arizona
LISA E. JENNIS
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: lisa.jennis@usdoj.gov
Attorneys for Plaintiff

```
┌─────────────────────────────────┐
│ ✓ FILED      ___ LODGED         │
│ ___ RECEIVED  ___ COPY          │
│                                  │
│        SEP 2 0 2016             │
│                                  │
│  CLERK U S DISTRICT COURT       │
│    DISTRICT OF ARIZONA          │
│  BY_____ DEPUTY      │
└─────────────────────────────────┘
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Robert Deatherage,<br><br>                    Defendant. | NO.  CR-15-924-2-PHX-GMS<br><br>**I N F O R M A T I O N**<br><br>**VIO:**  18 U.S.C. § 924(c)(1)(A)(i) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

On or about July 22, 2015, in the District of Arizona and elsewhere, defendant, ROBERT DEATHERAGE, did knowingly possess a firearm, in furtherance of a drug trafficking offense, that is, Conspiracy with Intent to Distribute Cocaine, a felony prosecutable in a Court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Dated this 20 day of September, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

LISA E. JENNIS
Assistant U.S. Attorney